PHIL HORNE, ESQ. 173183

    Domain:     justicephil.com (2008 August)
    Electronic:   justicephil@gmail.com
    Voice:      415.577.1170
    Facsimile:   415.552.2770
    Brick       1155 Market Street
               San Francisco, California 94103

ATTORNEY FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEITH PATRICK KNAPP, THOMAS HAMPTON DEAR, <br><br>   Plaintiffs, <br><br> v. <br><br> WACHOVIA CORPORATION, a Corporation, WACHOVIA SBA LENDING, INC., a Corporation, and DOES 1-300, <br><br>   Defendants. | ) No.     3:08-cv-02637-JL <br> ) <br> ) Related:  2:08-cv-01059-MCE-EFB <br> )           (formerly 3:07-04551-SI) <br> ) <br> ) **STIPULATED ORDER TO TRANSFER** <br> ) **MATTER TO EASTERN DISTRICT AND** <br> ) **CONSOLIDATE WITH RELATED MATTER** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

The parties stipulate to transfer $3:08-cv-02637-JL$ to the Eastern District, Sacramento Division, and to consolidate said with related matter $2:08-cv-01059-MCE-EFB$ (formerly 3:07-04551-SI). All discovery in either matter will be deemed discovery in the consolidated matter. The parties request that the Eastern District vacate the current trial date on $2:08-cv-01059-MCE-EFB$ (formerly 3:07-04551-SI) and order an initial setting conference on the consolidated matter.

SO STIPULATED.

2008 December 11

/s/Phil Horne, Esq.
Phil Horne, Esq.
ATTORNEY FOR PLAINTIFFS KNAPP AND DEAR

SEYFARTH SHAW

~~~~~~~~

Attorneys for Defendants

2008 December 31

SO ORDERED

~~2008 December~~ ___

January 29, 2009

IT IS SO ORDERED

Judge James Larson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulated Order to Transfer Matter to Eastern District
and Consolidate with Related Matter