1  PHIL HORNE, ESQ. 173183
   justicephil@gmail.com
2  377 Hermann Street
   San Francisco, CA 94117
3  415.504.4593

4  Attorney for Plaintiffs
   LEITH PATRICK KNAPP, THOMAS HAMPTON DEAR,
5
   SEYFARTH SHAW LLP
6  Mark Grajski (SBN 178050)
   MGrajski@seyfarth.com
7  Anthony J. Musante (SBN 252097)
   AMusante@seyfarth.com
8  400 Capitol Mall #2350
   Sacramento, California 95814
9  Telephone: (916) 448-0159
   Facsimile: (916) 558-4839
10
   Attorneys for Defendants
11 WACHOVIA CORPORATION and WACHOVIA SBA LENDING, INC.

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEITH PATRICK KNAPP, THOMAS HAMPTON DEAR, | Case No. 2:08-CV-01059-MCE-EFB |
| Plaintiffs, | **STIPULATION AND ORDER DISMISSING CONSOLIDATED CASES** |
| v. | **FRCP 41(a)(1)(A)(ii)** |
| WACHOVIA CORPORATION, a corporation, WACHOVIA SBA LENDING, INC., | |
| Defendants. | |

    Plaintiffs Leith Patrick Knapp and Thomas Hampton Dear ("Plaintiffs") and defendants Wachovia Corporation and Wachovia SBA Lending, Inc. ("Defendants") submit the following stipulation and order dismissing in the entirety plaintiffs' consolidated cases.

    On April 28, 2009, by Order of this Court case 2:09-cv-474 MCE GGH and 2:08-cv-1059 MCE EFB were consolidated. After the issuance of the Order all documents were to be filed in the lead case number 2:08-cv-1059 MCE EFB only.

| | |
|---|---|
| 1 | Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the parties stipulate to the dismissal of case number 2:08-cv-1059 MCE EFB. |

**IT IS SO STIPULATED.**

DATED: February 22, 2010   PHIL HORNE

By: /s/ Phil Horne
Phil Horne
Attorney for Plaintiffs
LEITH PATRICK KNAPP
THOMAS HAMPTON DEAR.

DATED: February 22, 2010   SEYFARTH SHAW LLP

By: /s/ Mark P. Grajski
Mark P. Grajski
Anthony J. Musante
Attorneys for Defendants
WACHOVIA CORPORATION,
WACHOVIA SBA LENDING, INC.

**ORDER**

The Stipulation of the Parties is adopted by the Court. The Clerk of Court is directed to close these consolidated cases in their entirety.

**IT IS SO ORDERED.**

DATED: February 24, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE