1  PHIL HORNE, ESQ. 173183
   justicephil@gmail.com
2  377 Hermann Street
   San Francisco, CA 94117
3  415.504.4593

4  Attorney for Plaintiffs
   LEITH PATRICK KNAPP, THOMAS HAMPTON DEAR,
5
   SEYFARTH SHAW LLP
6  Mark Grajski (SBN 178050)
   MGrajski@seyfarth.com
7  Anthony J. Musante (SBN 252097)
   AMusante@seyfarth.com
8  400 Capitol Mall #2350
   Sacramento, California 95814
9  Telephone: (916) 448-0159
   Facsimile: (916) 558-4839
10
   Attorneys for Defendants
11 WACHOVIA CORPORATION and WACHOVIA SBA LENDING, INC.

12

13                    UNITED STATES DISTRICT COURT

14           IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

15 LEITH PATRICK KNAPP, THOMAS          )   Case No. 2:08-CV-01059-MCE-EFB
   HAMPTON DEAR,                         )
16                                       )   **STIPULATION AND ORDER**
              Plaintiffs,                )   **DISMISSING CONSOLIDATED CASES**
17                                       )
        v.                               )   **FRCP 41(a)(1)(A)(ii)**
18                                       )
   WACHOVIA CORPORATION, a corporation, )
   WACHOVIA SBA LENDING, INC.,           )
19                                       )
              Defendants.                )
20 _____ )

21

22        Plaintiffs Leith Patrick Knapp and Thomas Hampton Dear ("Plaintiffs") and defendants

23 Wachovia Corporation and Wachovia SBA Lending, Inc. ("Defendants") submit the following

24 stipulation and order dismissing in the entirety plaintiffs' consolidated cases.

25        On April 28, 2009, by Order of this Court case 2:09-cv-474 MCE GGH and 2:08-cv-1059

26 MCE EFB were consolidated.  After the issuance of the Order all documents were to be filed in

27 the lead case number 2:08-cv-1059 MCE EFB only.

28

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the parties stipulate to the dismissal of case number 2:08-cv-1059 MCE EFB.

**IT IS SO STIPULATED.**


DATED: February 22, 2010                    PHIL HORNE


                                            By:____/s/ Phil Horne____
                                                   Phil Horne
                                            Attorney for Plaintiffs
                                            LEITH PATRICK KNAPP
                                            THOMAS HAMPTON DEAR.

DATED: February 22, 2010                    SEYFARTH SHAW LLP


                                            By:____/s/ Mark P. Grajski____
                                                   Mark P. Grajski
                                                   Anthony J. Musante
                                            Attorneys for Defendants
                                            WACHOVIA CORPORATION,
                                            WACHOVIA SBA LENDING, INC.



**ORDER**

The Stipulation of the Parties is adopted by the Court.  The Clerk of Court is directed to close these consolidated cases in their entirety.

**IT IS SO ORDERED.**


DATED:  February 24, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE